```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/6/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ENERGY INTELLIGENCE GROUP, INC. *and*                      :
ENERGY INTELLIGENCE GROUP (UK)                             :
LIMITED,                                                   :
                                                           :
                        Plaintiffs,    :      **ORDER**
                                                           :
         -v-                                      :      17-CV-1508 (RA) (JLC)
                                                           :
MIZUHO BANK, LTD.,                                         :
                                                           :
                        Defendant.     :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated February 5, 2018 (Dkt. No. 35), Judge Abrams referred this case to me for general pretrial supervision, including pending discovery disputes (Dkt. Nos. 33-34). Accordingly, the Court will hold a conference to address the disputes on **February 13, 2018** at **3:00 p.m.** in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated:  New York, New York
           February 6, 2018

_____
JAMES L. COTT
United States Magistrate Judge