UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENERGY INTELLIGENCE GROUP, INC. and
ENERGY INTELLIGENCE GROUP (UK)
LIMITED,

                Plaintiffs,

                v.

MIZUHO BANK, LTD.,

                Defendant.

Case No. 1:17-cv-1508 (RA) (JLC)

## NOTICE OF MIZUHO BANK, LTD.'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Statement of Undisputed Material Facts, and Declaration by Mark G. Hanchet dated March 13, 2018, and the exhibit annexed thereto, Defendant Mizuho Bank, Ltd., by its attorneys Mayer Brown LLP, hereby moves this Court before the Honorable Ronnie Abrams pursuant to Federal Rule of Civil Procedure 56 for an order granting partial summary judgment in its favor and against Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited, denying any claim for damages for alleged acts of infringement prior to February 28, 2014, and granting such further relief this Court deems just and proper.

Dated:  March 13, 2018                                          */s/ Mark G. Hanchet*

                                                                      Mark G. Hanchet
Allison Levine Stillman
Robert W. Hamburg
Kevin C. Kelly
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

*Attorneys for Defendant*
*Mizuho Bank, Ltd.*